IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-484-RGA-CJB |
| v. | ) |
| | ) |
| SILVER PEAK SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## [~~PROPOSED~~] JUDGMENT FOLLOWING A JURY VERDICT PURSUANT TO FED. R. CIV. P. 58(b)

This action came before the Court for a trial by jury on March 24, 2014. The issues have been tried, and the jury rendered its verdict on April 1, 2014. The verdict was accompanied by a verdict form (D.I. 272), a copy of which is attached hereto. Defendant Silver Peak Systems, Inc. ("Silver Peak") filed a Motion for Summary Judgment of Infringement of claim 1 of U.S. Patent No. 7,948,921 on October 11, 2013. (D.I. 184). The Motion was granted in part on January 24, 2014. (D.I. 233). Therefore, in accordance with the jury's verdict and the Court's order:

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Silver Peak and against plaintiff Riverbed Technology, Inc. ("Riverbed"), that: Riverbed directly infringes and contributorily infringes claims 1, 2, 8, 9, 10, and 17 of U.S. Patent No. 7,945,736 under the Doctrine of Equivalents; Riverbed directly infringes claim 1 of U.S. Patent No. 7,948,921; Riverbed indirectly infringes by inducing infringement of claim 1 of U.S. Patent No. 7,948,921; and Riverbed has not proven by clear and convincing evidence that U.S. Patent No. 7,948,921 is invalid.

Judgment be and is hereby entered in favor of defendant Riverbed and against plaintiff Silver Peak that Riverbed does not directly infringe claims 1, 2, 8, 9, 10, and 17 of U.S. Patent No. 7,945,736 literally.

This Judgment is subject to modification following the Court's consideration of the parties' post-trial motions.

UNITED STATES DISTRICT JUDGE

Dated: April 8, 2014

Deputy Clerk

1146025 / 36988