# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-484-RGA |
| v. | ) |
| | ) |
| SILVER PEAK SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO SET POST-TRIAL MOTION BRIEFING SCHEDULE

WHEREAS on April 1, 2014, at the conclusion of trial in the above captioned matter, the Court directed the parties to submit a proposed briefing schedule for post-trial motions for the Court's approval.

WHEREAS the parties have agreed to propose the following schedule. The parties are not requesting additional pages for the post-trial motions.

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Riverbed Technology, Inc. and Defendant Silver Peak Systems, Inc., subject to the approval of the Court, that the following deadlines shall be set for the parties' post-trial motions:

- The parties file any renewed motions under Fed. R. Civ. P. 50(b) or any motions for a new trial under Fed. R. Civ. P. 59 on or before May 6, 2014;

- The parties file opening briefs in support of post-trial motions on or before May 16, 2014;

- The parties file answering briefs in response to post-trial motions on or before June 6, 2014; and

- The parties file reply briefs in support of post-trial motions on or before June 20, 2014.

|  | Respectfully submitted, |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Thomas C. Grimm* | */s/ David E. Moore* |
| Thomas C. Grimm (#1098) | Richard L. Horwitz (#2246) |
| Jeremy A. Tigan (#5239) | David E. Moore (#3983) |
| 1201 N. Market Street | Bindu A. Palapura (#5370) |
| P.O. Box 1347 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899-1347 | 1313 N. Market Street |
| Tel: (302) 658-9200 | Wilmington, DE 19801 |
| tgrimm@mnat.com | Tel: (302) 984-6000 |
| jtigan@mnat.com | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| *Attorneys for Plaintiff* | |
| *Riverbed Technology, Inc.* | *Attorneys for Defendant* |
|  | *Silver Peak Systems, Inc.* |

Dated:   April 14, 2014
1147009/36988

SO ORDERED this ___ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE