IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SILVER PEAK SYSTEMS, INC., <br><br> Defendant. | Civil Action No. 11-484-RGA-CJB |

ORDER

The Court having considered Silver Peak's motion for a permanent injunction pursuant to 35 U.S.C. § 283 (D.I. 287), Riverbed's motion to strike the declarations of two witnesses offered by Silver Peak in support of its permanent injunction motion (D.I. 299), and Riverbed's renewed motion for judgment as a matter of law (D.I. 297), as well as the papers filed in connection therewith;

**IT IS HEREBY ORDERED** that the motion for a permanent injunction **IS DENIED**, the renewed motion for judgment as a matter of law **IS DENIED**, and the motion to strike the declarations of two witnesses offered by Silver Peak in support of its permanent injunction **IS DISMISSED AS MOOT**.

Entered this 12th day of September, 2014.

/s/ Richard G. Andrews
United States District Judge