IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RIVERBED TECHNOLOGY, INC., | ) |
| | ) |
|     Plaintiff/Counterclaim Defendant, | ) |
| | ) |
|     v. | )    C.A. No. 11-484 (RGA) |
| | ) |
| SILVER PEAK SYSTEMS, INC., | ) |
| | ) |
|     Defendant/Counterclaimant. | ) |

## RIVERBED TECHNOLOGY, INC.'S NOTICE OF APPEAL

Notice is given that Riverbed Technology, Inc. ("Riverbed") hereby appeals to the United States Court of Appeals for the Federal Circuit from the Judgment Following a Jury Verdict entered in this case on April 8, 2014 (D.I. 280); from the Court's denial of Riverbed's Renewed Motion for Judgment as a Matter of Law on September 12, 2014 (D.I. 327, 328); from the Court's claim construction of the asserted claims of U.S. Patent Nos. 7,945,736 and 7,948,921 (D.I. 158, 161); from the Court's grant of Silver Peak's Motion for Summary Judgment of Infringement of U.S. Patent No. 7,948,921 and denial of Riverbed's Motion for Summary Judgment of Noninfringement of U.S. Patent No. 7,945,736 on January 24, 2014 (D.I. 233, 234); and from all adverse opinions, orders, or rulings pertinent, relevant, or ancillary to the aforementioned decisions, including, but not limited to, the Court's exclusion of evidence sought to be admitted at trial by Riverbed, the Court's allowance of certain evidence offered by Silver Peak over Riverbed's objections, the Court's use of certain jury instructions over Riverbed's objections, the Court's oral ruling on Riverbed's Motion for Judgment as a Matter of Law on March 31, 2014 (D.I. 277, Tr. 1067:5-18), and the Court's Final Jury Instructions (D.I. 281).

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Thomas C. Grimm*
        Thomas C. Grimm (#1098)
        Jeremy A. Tigan (#5239)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        tgrimm@mnat.com
        jtigan@mnat.com
           *Attorneys for Riverbed Technology, Inc.*

OF COUNSEL:

Matthew B. Lehr (#2370)
Gareth DeWalt
Shiwoong Kim
Igor Piryazev
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000

October 2, 2014
8567070